IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL S. LEVANDOSKI,

                Petitioner,                  ORDER

   v.

                                        10-cv-056-slc

PAUL MILBRATH, Sheriff,
Jefferson County,

                Respondent.

---

On February 10, 2010, this court entered an order directing petitioner Michael S. Levandoski to submit a completed application for leave to proceed *in forma pauperis* or the $5 filing fee and a new, legible application for habeas relief under 28 U.S.C. § 2254. The clerk of court mailed a copy of the order to the address that petitioner had provided, but the mailing was returned as undeliverable. On February 22, 2010, after obtaining petitioner's current address from his probation agent, the court re-sent the order to petitioner at his new address.

It is now March 17, 2010 and the court has not received any response from petitioner. Petitioner shall have another two weeks, until April 1, 2010, in which to comply with the court's order of February 10, 2010. If the court does not receive a response from petitioner on or before April 1, 2010, then the court will dismiss the petition for failure to prosecute.

Entered this 17th day of March, 2010.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge