IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL S. LEVANDOSKI,

     Petitioner,     ORDER

v.

                  10-cv-056-slc

PAUL MILBRATH, Sheriff,
Jefferson County,

     Respondent.

---

IT IS ORDERED that the motion of Michael Levandoski for voluntary dismissal of his application for habeas relief (dkt. #5) under 28 U.S.C. § 2254 is GRANTED. The clerk of court is directed to DISMISS the petition and close this case.

Entered this 29th day of March, 2010.

            BY THE COURT:

            *Barbara B. Crabb*

            BARBARA B. CRABB
            District Judge